IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GRAYLIN HALL,                )
                             )
         Petitioner,         )
                             )
v.                           )      Civil Action No. 07-03-GMS
                             )
THOMAS L. CARROLL,           )
Warden, and ATTORNEY         )
GENERAL OF THE STATE         )
OF DELAWARE,                 )
                             )
         Respondents.        )

FILED

JAN 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

**AEDPA ELECTION FORM**

1. ___✓___   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the

                Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Caroline L. Hall*
Petitioner

1/29/2007

I/M CRAFFORD HALL
SBI# 159336   UNIT 5-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 197
30 JAN 2007 PM 3 L

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570