IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAYLIN HALL, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THOMAS L. CARROLL, )<br>Warden, and ATTORNEY )<br>GENERAL OF THE STATE )<br>OF DELAWARE, )<br>)<br>Respondents. ) | Civil Action No. 07-03-GMS |

## O R D E R

At Wilmington this 2nd day of February, 2007, the petition of Graylin Hall for a Writ of Habeas Corpus having been reviewed pursuant to Rule 4, 28 U.S.C. foll. § 2254;

IT IS HEREBY ORDERED that:

1. Pursuant to Rules 3(b) and 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of the petition and memorandum (D.I. 1; D.I. 2), the order dated January 26, 2007 (D.I. 4), the AEDPA election form (D.I. 5), and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

2. Within **forty-five (45) days of service** of the petition and this order, in accordance with Rule 5, 28 U.S.C. foll. § 2254, respondents shall:

    a. State whether the petitioner has exhausted his

state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the State and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding;

      b. State whether any claim in the petition is barred by a procedural bar, non-retroactivity, or the statute of limitations;

      c. Respond to the allegations of the petition;

      d. Indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed;

      e. Attach to the answer certified copies of such portions of the transcripts as may be material to the questions raised in the petition, as well as certified copies of the petitioner's brief(s) on appeal (direct and/or post-conviction) and of the opinion(s) of the appellate court, if any.

      **f. Attach to the answer copies of any Rule 61 affidavits filed by petitioner's trial and/or appellate counsel in response to allegations of ineffective assistance of counsel raised in a petitioner's post-conviction proceeding filed pursuant to Delaware Superior Court Criminal Rule 61.**

3.  The clerk shall mail a copy of this order forthwith to the petitioner.



_____
UNITED STATES DISTRICT JUDGE

FILED

FEB - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE