D.I. #_____

CIVIL ACTION
NUMBER: _____07-_03 (GMS)_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

