D.I. #_____

# CIVIL ACTION
# NUMBER: 07-03 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

