D.I. # _____

# CIVIL ACTION NUMBER: 07 cv 703 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _illegible signature_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N. FRENCH STREET<br>WILMINGTON, DE  19801<br><br>07-703GmS | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☐ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1820 0004 3169 7265 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |



FILED
FEB 16 2007
U.S. DISTRICT COURT
DIST OF DELAWARE

Scanned UD