April 2, 2007

**Clerk United States**
**District Court For The**
**District of Delaware**

### RE: HALL v. CARROLL et. al. Civ. Act. No. 07-003-GMS

**Dear Clerk:**

Please send me a certified copy of the Docket Sheet in the above-captioned Habeas Corpus action.

Thank you in advance for your valuable time and assistance in this matter.

Respectfully Submitted,

Graylin Hall

FILED

APR - 5 2007

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

BD scanned

I/M Coraline Hall
SBI# 157336 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

03 APR 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street Locker 18
Wilmington, DELAWARE
19801-3570

19801171718   0017