April 4, 2007

Clerk
United States District
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: <u>Hall c Carroll et. al. Civ. Act. No. 07-003-GMS</u>

Dear Clerk:

I am requesting pursuant to this letter that you forward to me a copy of the District Court's Order to Show Cause issued in the above captioned case. I never received a copy of the Show Cause Order and wasn't aware that one had been issued until I received a copy of the Respondent's Answer and Motion requesting an Extension of Time to File Certified State Court records.

Thank you in advance for your valuable time and assistance in this matter

FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted,

Graylin Hall
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Grafflin Hall
SBI# 189336 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570