OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 11, 2007

TO:  Graylin Hall
     SBI# 159336
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   **RE:  Letter Regarding an Order to Show Cause
         Civ. No. 07-003 GMS**

Dear Mr. Hall:

   This office has received a letter from you requesting the status of an "Order to Show Cause" in the above noted case.  Your case is assigned to the Honorable Gregory M. Sleet and is currently pending before the Court. As of 4/10/2007, no such Order to Show Cause has been issued in your case. You will be advised by the Court as to further developments in your case.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK

cc:  the Honorable Gregory M. Sleet