


OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 6, 2007

TO:  Graylin Hall
     SBI #00159336
     DCC

**RE: *Request for Certified Copy of Docket, CA 07-3 GMS***

Dear Mr. Hall:

A letter has been received by the Clerk's office from you requesting a "certified" copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***An additional charge of $9.00 applies to making a copy a "Certified Copy". A photocopy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future,*** please be aware of these fee requirements. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc:  The Honorable Gregory M. Sleet, CA 07-3 GMS

Scanned
FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00003-GMS
## Internal Use Only

Hall v. Carroll et al
Assigned to: Honorable Gregory M. Sleet
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/03/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Graylin Hall**　　　represented by **Graylin Hall**
SBI# 00159336
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

FILED APR 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

V.

**Respondent**

**Thomas L. Carroll**　　　represented by **James Turner Wakley**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: james.wakley@state.de.us
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**　　　represented by **James Turner Wakley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2007 | 1 | PETITION for Writ of Habeas Corpus - filed by Graylin Hall. (Attachments: #1 Letter)(ead) Modified on 1/11/2007 (dab, ). (Entered: 01/04/2007) |
| 01/03/2007 | 2 | MEMORANDUM in Support re 1 Petition for Writ of Habeas Corpus filed by Graylin Hall. (ead) (Entered: 01/04/2007) |
| 01/03/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 01/04/2007) |

| Date | # | Description |
|---|---|---|
| 01/10/2007 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 01/10/2007) |
| 01/26/2007 | 4 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with AEDPA Form)Notice of Compliance deadline set for 2/28/2007. Signed by Judge Gregory M. Sleet on 1/26/07. (mmm) (Entered: 01/26/2007) |
| 01/31/2007 | 5 | AEDPA Election Form filed by petitioner and requesting the court to rule on 2254 as currently pending. (mmm) (Entered: 02/01/2007) |
| 02/02/2007 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated January 26, 2007, the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Gregory M. Sleet on 2/2/07. (mmm) (Entered: 02/02/2007) |
| 02/07/2007 | 7 | Postal Receipt(s) for the mailing of process to Thomas L. Carroll. (mmm) (Entered: 02/08/2007) |
| 02/07/2007 | 8 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware. (mmm) (Entered: 02/08/2007) |
| 02/08/2007 | 9 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254). Acknowledgement filed by Thomas L. Carroll. (mmm) (Entered: 02/12/2007) |
| 02/16/2007 | 10 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254). Acknowledgement filed by Attorney General of the State of Delaware. (mmm) (Entered: 02/16/2007) |
| 03/30/2007 | 11 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Exhibit Unreported cases)(Wakley, James) (Entered: 03/30/2007) |
| 03/30/2007 | 12 | First MOTION for Extension of Time to File - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Wakley, James) (Entered: 03/30/2007) |
| 03/30/2007 | | SO ORDERED, re 12 First MOTION for Extension of Time to File filed by Thomas L. Carroll, Attorney General of the State of Delaware. Certified State Court Records shall be filed by 4/30/2007. Ordered by Judge Gregory M. Sleet on 3/30/2007. (asw) (Entered: 03/30/2007) |



Scanned
FILED
APR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



April 2, 2007

Clerk United States
District Court For The
District of Delaware

RE: HALL v. CARROLL et. al. Civ. Act. No. 07-003-GMS

Dear Clerk:

Please send me a certified copy of the Docket Sheet in the above-captioned Habeas Corpus action.

Thank you in advance for your valuable time and assistance in this matter.

Respectfully Submitted,

Graylin Hall



FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Scanned
FILED
APR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 197
03 APR 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street Locker 18
Wilmington, Delaware
19801-3570

I/M Christopher Hall
SBI# 159336  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

scanned
FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE