IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GRAYLIN HALL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-003-GMS |
| | ) | |
| **THOMAS L. CARROLL**, Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

    1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

    a. Appellant's Amended Opening Brief and Appendix (No. 555, 2000)

    b. State's Answering Brief (No. 555, 2000)

    c. Appellant's Reply Brief (No. 65/97, 1998)

    d. Opinion (December 26, 2001 (No. 555, 2000)

    e. Appellant's Opening Brief (No. 226, 2005)

    f. State's Answering Brief and Appendix (No. 226, 2005)

    g. Appellant's Reply Brief (No. 226, 2005)

    h. Order (December 13, 2005) (No. 226, 2005)

    i. Appellant's Opening Brief (No. 113, 2006)

    j. State's Answering Brief and Appendix (No. 113, 2006)

    k. Appellant's Reply Brief (No. 113, 2006)

    l.  Order (October 27, 2006) (No. 113, 2006).

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: May 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 21, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Graylin Hall
No. 00159336
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
kevin.carroll@state.de.us

Date: May 21, 2007