**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GRAYLIN HALL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-003-GMS |
| | ) | |
| **THOMAS L. CARROLL**, Warden and **JOSEPH R. BIDEN III**, Attorney General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in I.D. No. 0001001994A also have been manually filed with the Court and are available in paper form only.

a. Criminal Docket

b. Indictment

c. Motion for Postconviction Relief (November 19, 2004)

d. Affidavit of Counsel (January 19, 2005)

e. Response to Affidavit of Counsel (March 28, 2005)

f. Order Denying Motion for Postconviction Relief (May 3, 2005)

g. Motion for Correction of Sentence (January 25, 2006)

h. Order Denying Motion for Correction of Sentence (February 3, 2006)

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: May 24, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 24, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Graylin Hall
No. 00159336
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
kevin.carroll@state.de.us

Date: May 24, 2007