Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Hall v. Carroll at el. C.A. No. 1:07-CV-00003-GMS

Date: August 3, 2007

Dear Clerk:

    Thank you for sending me the U.S. District Court Docket Report. Please note however, that according to the Docket Report, date Filed 04/12/2007, docket entry Number 17 reflects that "Return of Undeliverable Mail Sent to Graylin Hall" (mum) (Entered: 04/19/2007), which I never received. Would you be kind enough to explain why mail forwarded to me from the Court was returned as undeliverable and by whom, and forward to me a copy of said parcel since I never received it.

    In addition, for informational purposes, my address has not changed here at the prison, so I am confused as to why said mail was returned , please explain. Finally, I note that I also did not receive a copy of the "Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction" in this case entered at 01/04/2007, Date filed 01/03/07 at Docket Number 3. Is there any particular reason why I am not receiving these documents from the Court. Please explain.

    Respectfully Yours,

    Graylin Hall
    SBI # 159336
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, Delaware 19977

FILED
AUG - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

IM Graylin Hall
SBI# 169336  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox #18
Wilmington, Delaware
19801-3570