Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JAN 10 PM 1:34

January 7, 2008

RE: Request For Certified Court Docket Hall v. Carroll At El. C.A No. 1:07-CV-00003-GMS

Dear Clerk,

    Please send me a Certified Court Docket in the above-captioned case.

    Thank you in advance for your time and consideration in this matter.

Respectfully Submitted,

*Graylin Hall*

Graylin Hall #00159336

1181 Paddock Road

Smyrna, Delaware 19977





I/M GRAHN AAN
SBI# 159336 UNIT S-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK OF U.S.
District Court
844 N. King Street LockBox 18
Wilmington Delaware
19801-3570