OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 15, 2008

```
TO:   Graylin Hall
      SBI# 159336
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977
```

    **RE:**  *Request for Certified Copy of Docket Sheet; 07-3(GMS)*

Dear Mr. Hall:

    A letter has been received by the Clerk's Office from you requesting a certified copy of the docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copies in the future, please be aware of this fee requirement.*** Prepayment in the amount of $11.00 ($9.00 for certification and $2.00 for copy work) should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/ead                                                PETER T. DALLEO  
                                                     CLERK

cc:  The Honorable Gregory M. Sleet