4/4/08

Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Request For Certified Court Docket Hall v. Carroll At El. C.A. No. 1:07-CV00003-GMS

Dear Clerk,
    Please send me a Certified Court Docket in the above captioned case. Thank you in advance for your time and consideration in this matter.

                                           Respectfully Submitted,

                                           *Graylin Hall*
                                           Graylin Hall #00159336
                                           1181 Paddock Road
                                           Smyrna, Delaware 19977

Graylin Hall # 00159336
DCC 1181 Paddock RD
Smyrna DE 19977



WILMINGTON DE 197
04 APR 2008 PM 2
USA 41

Clerk
US District Court
844 N King St Lockbox 18
Wilmington DE 19801

19801+3513