OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 8, 2008

TO: Graylin Hall
SBI #159336
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Return of Money Order #11911666252

Enclosed money order in the amount of $5.00 is returned by the Clerk's Office without action. Your payment appears to be for a certified copy of the docket sheet. A non-certified copy of the docket sheet is provided without charge for this request only.

Please be advised that the fee for copywork, to include docket sheets, is $.50 per page, and the fee for each certification of a document or docket sheet is $9.00.

Sincerely,

/rbe                                   PETER T. DALLEO

Attachment - Money Order 11911666252

The Honorable Gregory M. Sleet, CA 07-3 GMS
Financial Administrator, U.S. District Court

---

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

SERIAL NUMBER: 11911666252
YEAR, MONTH, DAY: 2008-04-04
POST OFFICE: 19450
U.S. DOLLARS AND CENTS: $5.00

AMOUNT: FIVE DOLLARS & 00¢

PAY TO: Clerk US District Court
ADDRESS: 844 N King St Lockbox 18, Wilmington DE 19801

FROM: Graylin Hall #159336
ADDRESS: 1181 Paddock RD, Smyrna De 19977

Graylin Hall CA CV-07-3

:000000800: 11911666252

HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00003-GMS
## Internal Use Only

Hall v. Carroll et al
Assigned to: Judge Gregory M. Sleet
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/03/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Graylin Hall**                              represented by **Graylin Hall**
SBI# 159336
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Thomas L. Carroll**                         represented by **Kevin Michael Carroll**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8943
Email: Kevin.Carroll@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Turner Wakley**
Department of Justice
820 N. French St.
Wilmington, DE 19801
(302) 577-8400
Email: james.wakley@state.de.us
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of Delaware**   represented by **Kevin Michael Carroll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Turner Wakley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2007 | | PETITION for Writ of Habeas Corpus - filed by Graylin Hall. (Attachments: #1 Letter) |

| | | |
|---|---|---|
| | 1 | (ead) Modified on 1/11/2007 (dab, ). (Entered: 01/04/2007) |
| 01/03/2007 | 2 | MEMORANDUM in Support re 1 Petition for Writ of Habeas Corpus filed by Graylin Hall. (ead) (Entered: 01/04/2007) |
| 01/03/2007 | 3 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) (Entered: 01/04/2007) |
| 01/10/2007 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb) (Entered: 01/10/2007) |
| 01/26/2007 | 4 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with AEDPA Form)Notice of Compliance deadline set for 2/28/2007. Signed by Judge Gregory M. Sleet on 1/26/07. (mmm) (Entered: 01/26/2007) |
| 01/31/2007 | 5 | AEDPA Election Form filed by petitioner and requesting the court to rule on 2254 as currently pending. (mmm) (Entered: 02/01/2007) |
| 02/02/2007 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition, the order dated January 26, 2007, the AEDPA election form and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Gregory M. Sleet on 2/2/07. (mmm) (Entered: 02/02/2007) |
| 02/07/2007 | 7 | Postal Receipt(s) for the mailing of process to Thomas L. Carroll. (mmm) (Entered: 02/08/2007) |
| 02/07/2007 | 8 | Postal Receipt(s) for the mailing of process to Attorney General of the State of Delaware. (mmm) (Entered: 02/08/2007) |
| 02/08/2007 | 9 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254). Acknowledgement filed by Thomas L. Carroll. (mmm) (Entered: 02/12/2007) |
| 02/16/2007 | 10 | ACKNOWLEDGEMENT OF SERVICE Executed as to 6 Order (AEDPA) Service Order (2254). Acknowledgement filed by Attorney General of the State of Delaware. (mmm) (Entered: 02/16/2007) |
| 03/30/2007 | 11 | RESPONSE to Petition for Writ of Habeas Corpus by Thomas L. Carroll, Attorney General of the State of Delaware. (Attachments: # 1 Exhibit Unreported cases)(Wakley, James) (Entered: 03/30/2007) |
| 03/30/2007 | 12 | First MOTION for Extension of Time to File - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Wakley, James) (Entered: 03/30/2007) |
| 03/30/2007 | | SO ORDERED, re 12 First MOTION for Extension of Time to File filed by Thomas L. Carroll, Attorney General of the State of Delaware. Certified State Court Records shall be filed by 4/30/2007. Ordered by Judge Gregory M. Sleet on 3/30/2007. (asw) (Entered: 03/30/2007) |
| 04/05/2007 | 13 | Letter to Clerk of Court from Graylin Hall regarding request for "certified copy" of the docket sheet. (mmm) (Entered: 04/10/2007) |
| 04/06/2007 | 14 | Letter to Graylin Hall from Clerk of Court regarding request for docket sheet - re 13 Letter. (mmm) (Entered: 04/10/2007) |
| 04/10/2007 | 15 | Letter to Clerk of Court from Graylin Hall regarding request for Order to Show Cause. (mmm) (Entered: 04/11/2007) |
| 04/11/2007 | 16 | Letter to Graylin Hall from Clerk of Court - re 15 Letter. (mmm) (Entered: 04/11/2007) |
| 04/12/2007 | 17 | Return of Undeliverable Mail sent to Graylin Hall. (mmm) (Entered: 04/19/2007) |

| 04/23/2007 | 🌐 18 | TRAVERSE filed by Graylin Hall. (mmm) (Entered: 04/24/2007) |
| --- | --- | --- |
| 04/30/2007 | 🌐 19 | Second MOTION for Extension of Time to File *Certified State Court Records* - filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Carroll, Kevin) (Entered: 04/30/2007) |
| 04/30/2007 | 🌐 | SO ORDERED, re 19 Second MOTION for Extension of Time to File *Certified State Court Records* filed by Thomas L. Carroll, Attorney General of the State of Delaware. Ordered by Judge Gregory M. Sleet on 4/30/2007. (asw) (Entered: 04/30/2007) |
| 05/21/2007 | 🌐 20 | NOTICE of filing the following document(s) in paper format: Certified State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Kevin Michael Carroll on behalf of Thomas L. Carroll, Attorney General of the State of Delaware (Carroll, Kevin) (Entered: 05/21/2007) |
| 05/22/2007 | 🌐 21 | STATE COURT RECORD filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Record on file in Clerk's Office) (asw) (Entered: 05/22/2007) |
| 05/24/2007 | 🌐 22 | NOTICE of filing the following document(s) in paper format: Certified Superior Court Documents. Original document(s) on file in Clerk's Office. Notice filed by Kevin Michael Carroll on behalf of Thomas L. Carroll, Attorney General of the State of Delaware (Carroll, Kevin) (Entered: 05/24/2007) |
| 05/25/2007 | 🌐 23 | STATE COURT RECORDS filed by Thomas L. Carroll, Attorney General of the State of Delaware. (Record on file in Clerk's Office) (asw) (Entered: 05/29/2007) |
| 06/04/2007 | 🌐 24 | Letter to Clerk of Court from Graylin Hall regarding state court record and request for docket sheet and D.I. 6 (Order). (mmm) Additional attachment(s) added on 6/7/2007 (mmm, ). (Entered: 06/05/2007) |
| 06/05/2007 | 🌐 | EXIT copy of docket sheet and D.I. 6 (Order) to the petitioner on 6/5/07. (mmm) (Entered: 06/05/2007) |
| 08/07/2007 | 🌐 25 | Letter to Clerk of Court from Graylin Hall. (mmm) (Entered: 08/07/2007) |
| 01/10/2008 | 🌐 26 | Letter to Clerk of Court from Graylin Hall regarding request for certified copy of docket sheet. (mmm) (Entered: 01/15/2008) |
| 01/15/2008 | 🌐 27 | Letter to Graylin Hall from Clerk of Court - re 26 Letter. (mmm) (Entered: 01/15/2008) |