Office of the Clerk
United States District Court
District of Delaware
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

Re: Request for Non-Certified Docket Sheet: 07-3 (GMS)

Dear Clerk Dalleo;

Please forward to me a non-certified Docket Sheet in the above-captioned case.

Thank you for your time and assistance in this matter.

Date: 9/2/2008

Respectfully Submitted,

Graylin Hall #159336

Delaware Correctional Center

1181 Paddock Road

Smyrna, DE 19977



FILED
SEP - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Griffin Hall
SBI# 159336   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

X-RAY

WILMINGTON DE 199
05 SEP 2008 PM 1 L

Peter T. Daleo, Clerk
United States District Court
844 Kings Street Lockbox 18
Wilmington Delaware
19801