OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 8, 2008

**Graylin Hall**
SBI# 159336
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Docket Sheet**
          **CA No.: 07-3 GMS**

Dear Mr. Hall:

    The Clerk's office is in receipt of your letter requesting a copy of your docket sheet.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    Your docket sheet is **4 pages** in length.  The cost of this request is **$2.00**. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                             Sincerely,

/rc                                         PETER T. DALLEO
                                               CLERK

cc:   The Honorable Gregory M. Sleet